UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Howard E. Mitchell, Jr.<br>            Debtor | Case No.: 20-10059-mdc<br><br>Chapter: 13 |
| SN Servicing Corporation as<br>Servicer for U.S. Bank Trust<br>National Association, as Trustee of<br>Igloo Series III Trust<br>            Movant<br>v.<br><br>Howard E. Mitchell, Jr.<br>Nadine A. Mitchell- Co-Debtor<br>Kenneth E. West - Trustee<br>            Respondents | Judge:  Magdeline D. Coleman<br><br>Hearing Date:  August 2, 2022 at 10:30 am<br><br>Objection Deadline:  July 29, 2022 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

**UPON** consideration of the Application of SN Servicing Corporation as Servicer for U.S. Bank Trust National Association, as Trustee of Igloo Series III Trust (together with any successor and/or assign, "Movant") dated July 15, 2022, and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 315 S Camac St, Philadelphia, PA 19107-5926; and it is further;

**ORDERED** that the Co-Debtor stay in effect as it pertains to Nadine A. Mitchell pursuant to section 1301(a) of the Bankruptcy Code is hereby modified to allow Movant its successors and/or assigns to commence and /or continue with a foreclose action and eviction proceeding with regard to the Premises; and it is further

**ORDERED** that in the event this case is converted to a case under any other chapter of

the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

August 2, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE